IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ESM SOLUTIONS CORPORATION, | |
| Plaintiff and Counter Defendant, | 8:16-CV-143 |
| vs. | JUDGMENT |
| NEBRASKA EDUCATIONAL SERVICE UNIT COORDINATING COUNCIL, | |
| Defendant and Counter Claimant. | |

On the parties' Joint Stipulation to Dismiss Complaint and Counterclaim with Prejudice (filing 19), this action, including the plaintiff's complaint and the defendant's counterclaim, is dismissed with prejudice, with the complete record waived and each party to pay its own court costs.

Dated this 14th day of October, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge